HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MOHAMMED I. KHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00037-MJS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE; ORDER** |
| vs. | |
| MOHAMMED I. KHAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Mohammed Khan, that the Court continue the April 4, 2018 hearing to May 2, 2018.

Defense counsel requested discovery from the government pertaining to the rangers' training. This discovery will impact plea negotiations and was request on March 5. The parties request additional time for the government to provide the discovery and for defense counsel to review it. Accordingly, the parties request that the Court continue Mr. Khan's April 4, 2018 hearing to May 2, 2018 to give the government sufficient time to provide the requested discovery and defense counsel sufficient time to review it.

//

//

|   |   |
|---|---|
| | Respectfully submitted, |
| | McGREGOR W. SCOTT<br>United States Attorney |
| Date: March 22, 2018 | /s/ Susan St. Vincent<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: March 22, 2018 | /s/ Hope Alley<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>MOHAMMED I. KHAN |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the April 4, 2018 hearing for Mohammed Khan, Case No. 6:17-mj-00037-MJS, is continued to May 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 25, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

Khan: Stipulation to Continue