Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br><br>MOHAMMED ISA KAHN,<br><br>Defendant. | Docket Number:  6:17-MJ-00037-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

      The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for April 2, 2019.  To date, Defendant has complied with all the terms of unsupervised probation imposed by this Court on March 28, 2018.

.

      Dated:  March 26, 2019                          NATIONAL PARK SERVICE

                                                              _____

                                                               Susan St. Vincent
                                                               Legal Officer

1

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for April 2, 2019 in the above referenced matter, *United States v. Kahn, 6:17-MJ-00037-JDP*, be vacated.

IT IS SO ORDERED.

Dated: March 26, 2019

_____
UNITED STATES MAGISTRATE JUDGE