UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MOHAMMED I. KHAN,<br><br>　　　　Defendant. | Case No.  6:17-mj-00037-HBK<br><br>DEFENDANT'S CONSTRUED MOTION TO CORRECT JUDGMENT<br><br>(Doc. No.  20) |

　　　Defendant contacted the Court by email to request the Court to correct the spelling of his surname in the May 3, 2018, Judgment.  (Doc. No. 20).  The court may, at any time, correct the judgment for a clerical error.  Fed. R. Crim. P. 36.  Defendant's surname on the judgment is incorrectly spelled "Kahn." (Doc. No. 17).  On October 18, 2017, the Court found Defendant's true name was "Mohammed I. Khan." (Doc. No. 10).  The misspelling of the Defendant's surname in the Judgment appears to be a clerical error.  Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Court will correct the clerical error in the Judgment (Doc. No. 17) to accurately reflect the correct spelling of Defendant's surname.  The Court previously found Defendant to be in full compliance with the terms and conditions of his unsupervised probation, vacated the review hearing and closed the case.  (Doc. No. 19).

　　　Accordingly, it is **ORDERED**:

　　　1.  Defendant's motion to correct Judgment (Doc. No. 20) is GRANTED.

2. The Clerk of the Court is directed to correct the May 3, 2018, Judgment (Doc. No. 17) to reflect the correct spelling of Defendant's surname as "Khan." This case remains CLOSED.

Dated:   July 21, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE